```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
U.S. BANK NATIONAL ASSOCIATION, as                          :
Trustee for Merrill Lynch First Franklin                    :
Mortgage Loan Trust, Series 2007-3,                         :
                                                            :      19-CV-4890 (VSB)
                                Plaintiff,                  :
                                                            :           **ORDER**
                -against-                                   :
                                                            :
FIRST FRANKLIN FINANCIAL                                    :
CORPORATION, ET AL.                                         :
                                                            :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __11/18/2019__

VERNON S. BRODERICK, United States District Judge:

      On November 15, 2019, Defendants Merrill Lynch Mortgage Lending, Inc. and Bank of America Corporation ("Moving Defendants") filed a motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (Doc. 27.)  Under Federal Rule of Civil Procedure 15(a)(1)(B), a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.  However, one Defendant, First Franklin Financial Corporation, has appeared and received an extension of its time to respond to the complaint until November 29, 2019.  Accordingly, in the interests of efficiency, it is hereby:

      ORDERED that Plaintiff's deadline to file any amended complaint or opposition to the Moving Defendants' motion to dismiss is held in abeyance pending further order of this Court. The parties are directed to meet and confer and submit a proposed schedule for the filing of amended pleadings and/or motion briefing by December 6, 2019.

      At the time any reply is served, the moving party shall supply Chambers with two courtesy copies of all motion papers pursuant to my Individual Rules by mailing or delivering

them to the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: November 18, 2019
      New York, New York

Vernon S. Broderick
United States District Judge