UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee for MERRILL LYNCH FIRST FRANKLIN MORTGAGE LOAN TRUST, SERIES 2007-3,<br><br>        Plaintiff,<br><br>v.<br><br>FIRST FRANKLIN FINANCIAL CORPORATION, MERRILL LYNCH MORTGAGE LENDING, INC., and BANK OF AMERICA CORPORATION,<br><br>        Defendants. | Case No. 1:19-cv-4890-VSB<br><br>STIPULATION OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED AND AGREED that the law firms Munger, Tolles & Olson LLP, 350 South Grand Avenue, 50th Floor, Los Angeles, California 90071 and Moran Karamouzis LLP, 265 Sunrise Highway, Suite 61, Rockville Centre, New York 11570 will be and hereby are substituted for O'Melveny & Myers LLP, Seven Times Square, New York, New York 10026, as counsel of record for Defendant First Franklin Financial Corporation in the above-captioned action.

Dated: November 26, 2019
      New York, New York

**O'MELVENY & MYERS LLP**

By: /s/ Pamela A. Miller
Pamela A. Miller
Daniel L. Cantor
Seven Times Square
New York, NY 10026
Telephone: (212) 326-2000
pmiller@omm.com
dcantor@omm.com

**MUNGER, TOLLES & OLSON LLP**

By: _____
Richard C. St. John
Adam B. Weiss
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 683-9100
Adam.Weiss@mto.com
Richard.StJohn@mto.com

**MORAN KARAMOUZIS, LLP**

By: _____
Siobhan E. Moran
265 Sunrise Highway, Suite 61
Rockville Centre, NY 11570
Telephone: (516) 678-6660
smoran@mka-law.com

SO ORDERED:

Dated: November ___ 2019

By: _____
Hon. Vernon S. Broderick
United States District Court Judge for the
Southern District of New York

2