September 23, 2021

**VIA ECF**

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.  9/26/2021

The Honorable Vernon S. Broderick, U.S.D.J.
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 415
New York, New York 10007

> RE: *U.S. Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-3 v. First Franklin Financial Corporation, Merrill Lynch Mortgage Lending, Inc., and Bank of America Corporation* (Case No. 1:19-cv-4890) ("FFMER 2007-3")
>
> *U.S. Bank National Association, as Trustee for Merrill Lynch First Franklin Mortgage Loan Trust, Series 2007-4 v. First Franklin Financial Corporation, Merrill Lynch Mortgage Lending, Inc., and Bank of America Corporation* (Case No. 1:19-cv-5948) ("FFMER 2007-4")

Dear Judge Broderick:

On behalf of the Plaintiff-Trustee and Defendants (together, the "Parties") in the above-referenced FFMER 2007-3 and FFMER 2007-4 actions (the "Actions"), we write pursuant to Your Honor's June 28, 2021 Orders staying the Actions pending the Trustee's evaluation of new written offers to settle the Actions (the "New Settlement Offers") (19-cv-4890, Dkt. No. 73; 19-cv-5948, Dkt. No. 74). Your Honor's Orders require that "the Parties report to the Court regarding the status of the Trustee's evaluation of the New Settlement Offers by September 23, 2021." (*Id.*)

As we previously advised the Court, the Plaintiff-Trustee solicited direction from certificateholders in the FFMER 2007-3 and 2007-4 Trusts regarding the New Settlement Offers, and selected an independent expert to evaluate the New Settlement Offers and to advise the Trustee in anticipation of the Trustee seeking instruction in a judicial trust instruction proceeding in Minnesota state court. (*Id.*) The expert's evaluations of the New Settlement Offers is ongoing.

In the interest of efficiency and to reduce the burden on the Parties and the Court, the Parties respectfully request that the stays remain in place and that the Parties report to the Court regarding the status of the Trustee's evaluation of the New Settlement Offers by January 13, 2022.

We appreciate the Court's consideration of this request, and the Parties are available to address any questions the Court may have.

Hon. Vernon S. Broderick, U.S.D.J.
*U.S. Bank Nat'l Ass'n v. First Franklin Financial Corp.*
Case Nos. 1:19-cv-4890 and 1:19-cv-5948
Page 2 of 2

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **O'MELVENY & MYERS LLP** |
|---|---|
| By: /s/ Christopher P. Johnson | By: /s/ Pamela A. Miller |
| Christopher P. Johnson<br>Zachary W. Mazin<br>Jared S. Siegel<br>One Manhattan West<br>395 Ninth Avenue, 50th Floor<br>New York, NY 10001<br>Telephone: (212)-402-9400<br>cpjohnson@mckoolsmith.com<br>zmazin@mckoolsmith.com<br>jsiegel@mckoolsmith.com | Pamela A. Miller<br>Daniel L. Cantor<br>Patrick D. McKegney<br>Seven Times Square<br>New York, NY 10026<br>Telephone: (212)-326-2000<br>pmiller@omm.com<br>dcantor@omm.com<br>pmckegney@omm.com |
| *Attorneys for Plaintiff U.S. Bank National Association* | *Attorneys for Defendants Merrill Lynch Mortgage Lending, Inc., and Bank of America Corporation* |

**MUNGER, TOLLES & OLSON LLP**

By: /s/ Richard C. St. John

Richard C. St. John
Adam B. Weiss
350 South Grand Avenue, 50th Floor
Los Angeles, CA 90071
Telephone: (213)-683-9100
richard.stjohn@mto.com
adam.weiss@mto.com

**MORAN KARAMOUSIZ, LLP**

Siobhan E. Moran
265 Sunrise Highway, Suite 61
Rockville Centre, New York 11570
Telephone: (516) 678-6660
smoran@mka-law.com

*Attorneys for Defendant First Franklin Financial Corporation*